Patrick M. Flatley
United States Bankruptcy Judge

Dated: Tuesday, May 13, 2014 1:19:19 PM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

| | |
|---|---|
| PEGGY ANN HOWELL,<br><br>    Debtor. | ) <br> ) Bankruptcy Case No. 5:12-bk-00889 <br> ) |

| | |
|---|---|
| PEGGY ANN HOWELL,<br><br>    Plaintiff/Debtor,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.,<br><br>    Defendant.<br>and<br><br>HELEN M. MORRIS, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK NEVADA, N.A.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  A.P. No. 5:12-ap-00075<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the motion filed by Plaintiffs' attorney, Thomas E. McIntire, to settle a claim against HSBC Bank Nevada, N.A., and there being no objection, the Court does hereby

ORDER the motion GRANTED and the case may be settled for the amount of $350,000.00, and the default judgment entered against HSBC on February 8, 2013 is set-aside.

The Court further

ORDERS that attorney fees in the amount of $157,500.00 and costs in the amount of $1,281.50 be paid to Thomas E. McIntire, Esq., that the amount necessary to complete Debtor's Chapter 13 Plan shall be paid to the Chapter 13 Trustee, with the balance of the funds to be paid to Debtor, Peggy Ann Howell.

This Order Prepared by:

/s/Thomas E. McIntire
Thomas E. McIntire, Esquire
WV Bar No. 2471
82 ½ Fourteenth Street
Wheeling WV 26003
(304) 232-8600
(304) 232-5719 FAX